**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 05, 2010

Ms. Meggan Elizabeth Smith
Department of Public Advocacy
207 Parker Drive
La Grange, KY 40031

Re: Case No. 10-5512 , *Thomas Jackson v. Larry Chandler*
Originating Case No. 09-00125

Dear Counsel,

This appeal has been docketed as case number **10-5512** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 19, 2010** .

Appellant: Appearance of Counsel
Application for Admission to 6th Circuit Bar (if applicable)
Transcript Order

Appellee: Appearance of Counsel
Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If the filing fee for the appeal has not yet been paid to the District Court, it must be paid by **May 19, 2010** . If your client has pauper status and it has not been revoked by the District Court, then you need only to wait for the District Court and the Court of Appeals to issue rulings on a certificate of appealability. You may request the Court of Appeals to issue a certificate of appealability on any issue rejected by

the District Court and, if applicable, to be appointed under the Criminal Justice Act since appointment in a habeas case is not automatic. Such a motion should be filed expeditiously but there is **no** specific deadline in the rules so it is not necessary to request an extension from the Clerk's office.

                                                      Sincerely yours,

                                                      s/Audrey Crockett
                                                      Case Manager
                                                      Direct Dial No. 513-684-2572 ext. 140
                                                      Fax No. 513-564-7094

cc:  Mr. James C. Shackelford

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 10-5512

THOMAS NEAL JACKSON

    Petitioner - Appellant

v.

LARRY D CHANDLER, Warden

    Respondent - Appellee